STATE OF NEW JERSEY v. HARRY ALEXANDER.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR WRIGHT, JR.

March 30, 1971. Petition for certification denied. (See 113 *N. J. Super.* 79).

STATE OF NEW JERSEY v. CARL HARRIS, *ET AL.*

March 30, 1971. Petition for certification denied.